JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

JOSEPH WALLACE,

                Plaintiff,

    vs.

UNIVERSAL CITY STUDIOS, LLC; and DOES 1 to 50, Inclusive,

              Defendants.

Case No: 2:25-cv-08029-GW-PVCx
[Assigned to Hon. George H. Wu]

**[~~PROPOSED~~] ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE**

Complaint Filed:  July 15, 2025
Removed:        August 25, 2025
Trial Date:      September 15, 2026

[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE

On February 25, 2026, Plaintiff JOSEPH WALLACE and Defendant UNIVERSAL CITY STUDIOS LLC (erroneously sued and served as "UNIVERSAL CITY STUDIOS, LLC"), by and through their respective attorneys of record, filed the Stipulation of Dismissal with Prejudice (ECF No. 16).

The Court, having considered the Stipulation and finding good cause, hereby GRANTS the Stipulation and ORDERS as follows:

1.    The above-captioned lawsuit entitled *Joseph Wallace v. Universal City Studios, LLC*, Case Number 2:25-cv-08029-GW (PVCx), is hereby DISMISSED with prejudice.

2.    Each party is to bear their own fees and costs.

**IT IS SO ORDERED.**

DATED: February 26, 2026

_____
Hon. George H. Wu
United States District Judge

2
[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE